In the Matter of DOUGLAS E.S., Appellant. MONROE COUNTY ATTORNEY, Respondent. [825 NYS2d 651]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered March 10, 2006 in a proceeding pursuant to Family Court Act article 3. The order adjudged that respondent is a juvenile delinquent and placed respondent for a period of 18 months in the custody of the New York State Office of Children and Family Services.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski and Pine, JJ.

 In the Matter of ROBERT HAWLEY, Appellant, v VILLAGE OF PENN YAN et al., Respondents. (Appeal No. 1.) [825 NYS2d 396]—Appeal from a judgment (denominated order) of the Supreme Court, Yates County (Dennis F. Bender, A.J.), entered June 7, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition as moot.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court. Present—Scudder, P.J., Hurlbutt, Gorski and Pine, JJ.